FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-00428-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including May 26, 2017, to respond to the Complaint on file herein. Defense counsel has just recently been retained and needs further time to review and evaluate the case. This is the first request

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 32845956.1

- 1 -

for an extension of time to respond to the Complaint.

DATED this 27th day of April, 2017

FISHER & PHILLIPS LLP

By: /s/Allison L. Kheel, Esq.
Mark J. Ricciardi, Esq.
Allison L. Kheel, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

DATED this 27th day of April, 2017

THE WILCHER FIRM

By: /s/Whitney C. Wilcher, Esq.
Whitney C. Wilcher, Esq.
8465 West Sahara Ave.
Suite 111-236
Las Vegas, NV 89117
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2017