FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3142
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com

FISHER & PHILLIPS LLP
STEVE A. MILLER, ESQ. (Admitted *pro hac vice*)
Illinois Bar No. 6243506
Iowa Bar No. AT0012083
10 S. Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 580-7817
E-Mail Address: smiller@fisherphillips.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-00428-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (THIRD REQUEST)** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including **July 31, 2017,** to respond to the Complaint on file herein. The parties continue to explore the possibility of settlement and need further time to review their respective positions. Defendant is in the process of evaluating and examine each of the 14 locations cited in the 14 different cases, which the parties are working on a stipulation to consolidate for

the ease of the Court and the parties going forward. The parties anticipate that these site evaluations will be completed by June 30, 2017 and Defendant will be able to make a formal settlement proposal within the first week of July. This is the third request for an extension of time to respond to the Complaint.

DATED this 27th day of June, 2017

FISHER & PHILLIPS LLP

By: /s/Allison L. Kheel, Esq.
Mark Ricciardi, Esq.
Allison L. Kheel, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
STEVE A. MILLER, ESQ.
(Admitted *pro hac vice*)
Illinois Bar No. 6243506
Iowa Bar No. AT0012083
10 S. Wacker Drive, Suite 3450
Chicago, Illinois 60606
Attorneys for Defendant

DATED this 27th day of June, 2017

THE WILCHER FIRM

By: /s/Whitney C. Wilcher, Esq.
Whitney C. Wilcher, Esq.
8465 West Sahara Ave.
Suite 111-236
Las Vegas, NV 89117
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2017