FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3142
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com

FISHER & PHILLIPS LLP
STEVE A. MILLER, ESQ. (Admitted *pro hac vice*)
Illinois Bar No. 6243506
Iowa Bar No. AT0012083
10 S. Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 580-7817
E-Mail Address: smiller@fisherphillips.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-00428-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that settlement has been reached and this matter be dismissed with

/ / /

/ / /

/ / /

prejudice, and with each party to bear their own costs and attorneys' fees.

DATED this 31st day of July, 2017	DATED this 31st day of July, 2017

FISHER & PHILLIPS LLP	THE WILCHER FIRM

By: _/s/Allison L. Kheel, Esq._	By: _/s/Whitney C. Wilcher, Esq._
Mark Ricciardi, Esq.	Whitney C. Wilcher, Esq.
Allison L. Kheel, Esq.	8465 West Sahara Ave.
300 S. Fourth Street	Suite 111-236
Suite 1500	Las Vegas, NV 89117
Las Vegas, Nevada 89101	Attorneys for Plaintiff

FISHER & PHILLIPS LLP
STEVE A. MILLER, ESQ.
(Admitted *pro hac vice*)
Illinois Bar No. 6243506
Iowa Bar No. AT0012083
10 S. Wacker Drive, Suite 3450
Chicago, Illinois 60606
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __1__ day of August, 2017.